# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1162**
**CA 11-00642**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, SCONIERS, AND GREEN, JJ.

---

IN THE MATTER OF LIGHT WORK VISUAL STUDIES, INC.,
PLAINTIFF-PETITIONER-RESPONDENT,

V                                                                    ORDER

CITY OF SYRACUSE, BOARD OF ASSESSMENT REVIEW FOR
CITY OF SYRACUSE, JOHN C. GAMAGE, AS COMMISSIONER
OF ASSESSMENT FOR CITY OF SYRACUSE, SYRACUSE CITY
SCHOOL DISTRICT AND COUNTY OF ONONDAGA,
DEFENDANTS-RESPONDENTS-APPELLANTS.

---

JUANITA PEREZ WILLIAMS, CORPORATION COUNSEL, SYRACUSE (JOSEPH FRANCIS
BERGH OF COUNSEL), FOR DEFENDANTS-RESPONDENTS-APPELLANTS.

BOND, SCHOENECK & KING, PLLC, BUFFALO (STEPHEN A. SHARKEY OF COUNSEL),
FOR PLAINTIFF-PETITIONER-RESPONDENT.

---

Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered December 17, 2010 in a proceeding pursuant to RPTL article 7 and CPLR article 78 and a declaratory judgment action. The order and judgment granted the application of plaintiff-petitioner, declared that the subject property is wholly exempt from taxation for the 2010/2011 tax year, directed defendants-respondents to strike the assessment of the subject property from the taxable roll, and directed defendants-respondents to refund plaintiff-petitioner for taxes paid.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 26, 2011,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  November 10, 2011                    Patricia L. Morgan
                                               Clerk of the Court